# EXHIBIT A

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Lattice Semiconductor*

## US Patent 7,209,959 Versus Lattice Semiconductor's Website Infrastructure



http://web.archive.org/web/20190330163614/https://www.latticesemi.com/ (Wayback Version of 2019)

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Lattice Semiconductor*

| Claim 1 |
|---|
| 1. A method comprising: |
| in response to a request by a client to initiate communication with a destination website; |
| setting up a forwarding session between the client and a destination server corresponding to the destination website, the forwarding session employing a forwarder disposed between the client and the destination server to forward packets sent from the client to the destination server and to forward packets sent from the destination server to the client; |
| employing the forwarder to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that neither the client or the destination server is aware of the employment of the forwarder; |
| employing a controller configured to communicate with the forwarder and a domain name server, wherein the controller queries the domain name server to resolve the name of the destination website associated with the destination server and initiates communication with the forwarder in response to an answer from the domain name server to resolve the name of the destination website associated with the destination server; |
| employing a deceiver configured to communicate with the controller and the client, wherein the deceiver receives the request by the client to initiate communication with the destination website and initiates the controller to query the domain name server to resolve the name of the destination website associated with the destination server; and |
| in response to the controller receiving the answer from the domain name server and initiating communication with the forwarder, initiating the forwarding session. |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Lattice Semiconductor*

| Claim 1 | |
|---|---|
| A method comprising: in response to a request by a client to initiate communication with a destination website; | {Lattice Semiconductor's website infrastructure performed the recited method and step. Below shows the details for responding to website requests with Developer Tools enabled. On information and belief, these reflect how the Lattice Semiconductor infrastructure operated during the relevant time period.}  http://web.archive.org/web/20190330163614/https://www.latticesemi.com/ (Screenshot taken from Chrome developer tools) |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Lattice Semiconductor*

| Claim 1 | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/# <br> *Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites* <br><br>  <br><br> {Note: This system depicts a high-level overview of the hosting of dynamic websites, such as was used with Lattice Semiconductor's website infrastructure. On information and belief, Lattice Semiconductor's website infrastructure performed the recited step.} |
|---|---|
| setting up a forwarding session between the client and a destination server corresponding to the destination website, the forwarding session employing a forwarder disposed between the client and the destination server to forward packets sent from the client to the destination server and to forward packets sent from the destination server to the client; | |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Lattice Semiconductor*

| Claim 1 | |
|---|---|
| employing the forwarder to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that neither the client or the destination server is aware of the employment of the forwarder; | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/#<br><br>*Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites*<br><br><br><br>*{Note: This system depicts a high-level overview of the hosting of dynamic websites such as used with Lattice Semiconductor's website infrastructure. On information and belief, Lattice Semiconductor's website infrastructure performed the recited step.}* |

5

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Lattice Semiconductor*

| Claim 1 | |
|---|---|
| employing the forwarder to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that <span style="color:red">neither the client or the destination server is aware of the employment of the forwarder;</span> | {Note: For a destination web server hosted as shown on slides 5 and 6 above, the web server appears to have a direct TCP connection between the local address (e.g. 192.168.29.50) and the client address of 65.49.2.44 (e.g. public IP corresponding to the client shown in slide 4). Thus, neither the client or the destination server is aware of the employment of the forwarder. The below example is for port 54827 but also applies for example TLS data on port 38926 used on slide 4 above.}  Screenshot taken from Command prompt |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Lattice Semiconductor*

| Claim 1 | |
|---|---|
| employing a controller configured to communicate with the forwarder and a domain name server, wherein the controller queries the domain name server to resolve the name of the destination website associated with the destination server … | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/#<br><br>*Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites*<br><br><br><br>*{Note: This system depicts a high-level overview of the hosting of dynamic websites such as used with Lattice Semiconductor's website infrastructure. On information and belief, Lattice Semiconductor's website infrastructure performed the recited step.}* |







*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Lattice Semiconductor*

| Claim 1 | |
|---|---|
| in response to the controller receiving the answer from the domain name server and initiating communication with the forwarder, initiating the forwarding session. | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/# <br><br> *Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites* <br><br>  <br><br> *{Lattice Semiconductor's website infrastructure performed the recited step.}* |