# EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Lattice semiconductor*

## US Patent 7,246,351 Versus Lattice semiconductor's Website Infrastructure



https://web.archive.org/web/20220514045403/https://www.latticesemi.com/en/About/Newsroom/VideoLibrary (Wayback archive 2022 version)

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Lattice semiconductor*

14. A method for deploying a computer program over a network, the method comprising:

storing and running a software module on a client device of a user;

providing to the client device text files containing embedded program logic for the software module to assemble into the computer program, wherein the computer program provides a graphical user interface for receiving and interpreting user inputs to the client device;

running the computer program assembled from the embedded program logic on the client device; and

enabling user interaction with the computer program running on the client device.

2

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Lattice semiconductor*

| Claim 14 | | |
|---|---|---|
| 14. A method for deploying a computer program over a network, the method comprising: | {Lattice semiconductor has provided video content on the website through a browser-based video player. When a user accessed the video, the browser downloaded the associated playback code (such as HTML, CSS, and JavaScript) from the Lattice semiconductor server. The client-side code interacted with the server to retrieve and stream the video data, enabling the video player to display and control the content on the user's device.}  | https://web.archive.org/web/20220514045403/https://www.latticesemi.com/en/About/Newsroom/VideoLibrary (Wayback archive 2022 version) |

3

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Lattice semiconductor*

| Claim 14 | |
|---|---|
| storing and running a software module on a client device of a user; | {When a user accessed a webpage, the browser temporarily stored and executed client-side software components. The browser retrieved HTML, CSS, and JavaScript from the server, processed this logic locally, and rendered the webpage's graphical user interface. Accordingly, viewing a webpage involved downloading and running a software module (web browser) on the client device.} <br><br> **Web page rendering** <br><br> When the user navigates to a new web page (by clicking a link, or entering a web address in the browser address bar), several HTTP requests are sent, and several files are sent back in HTTP responses. The files received in these responses are processed by the browser and put together into a web page that the user can interact with. This process of assembling the pieces into a web page is called **rendering**. <br><br> https://developer.mozilla.org/en-US/docs/Learn_web_development/Getting_started/Web_standards/How_browsers_load_websites |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Lattice semiconductor*

| Claim 14 | | |
|---|---|---|
| providing to the client device text files containing embedded program logic for the software module to assemble into the computer program, wherein the computer program provides a graphical user interface for receiving and interpreting user inputs to the client device; |  | {Lattice semiconductor has operated servers that communicated directly with the client device. For example, when a user accessed the Lattice semiconductor home page, the server delivered source-code application data to the client device. In this process, the system provided the client device with text files containing embedded program logic that the software module subsequently assembled into the complete computer program.}<br><br>Screenshot taken from Wireshark network capture tool. |

5

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Lattice semiconductor*

| Claim 14 | |
| --- | --- |
| providing to the client device text files containing embedded program logic for the software module to assemble into the computer program, wherein the computer program provides a graphical user interface for receiving and interpreting user inputs to the client device; | {When a webpage was loaded, the server sent the browser text-based files such as HTML, CSS, and JavaScript that contained the program logic for the page. The browser then processed and assembled this logic on the client device to construct and run the functional user interface.}<br><br><br><br>https://web.archive.org/web/20220514045403/https://www.latticesemi.com/en/About/Newsroom/VideoLibrary (Wayback archive 2022 version) (Screenshot taken from Chrome developer tools) |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Lattice semiconductor*

| Claim 14 | |
|---|---|
| providing to the client device text files containing embedded program logic for the software module to assemble into the computer program, wherein the computer program provides a graphical user interface for receiving and interpreting user inputs to the client device; | {The computer program executed on the client device generated a graphical user interface, including interactive webpages and forms, that received user inputs such as selections, and commands, and interpreted those inputs through client-side program logic executed within the browser environment.}<br><br><br><br>https://web.archive.org/web/20220514045403/https://www.latticesemi.com/en/About/Newsroom/VideoLibrary (Wayback archive 2022 version) |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Lattice semiconductor*

| Claim 14 | | |
|---|---|---|
| running the computer program assembled from the embedded program logic on the client device; and | {After the embedded program logic was assembled on the client device, the computer program was executed locally within the client-side runtime environment, such as a web browser.}  | https://web.archive.org/web/202205114045403/https://www.latticesemi.com/en/About/Newsroom/VideoLibrary (Wayback archive 2022 version) |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Lattice semiconductor*

| Claim 14 | | |
|---|---|---|
| enabling user interaction with the computer program running on the client device. | {When the webpage was rendered, the browser executed the downloaded logic on the client device, allowing the user to interact directly with the running program through the webpage's interface.}  | https://web.archive.org/web/20220514045403/https://www.latticesemi.com/en/About/Newsroom/VideoLibrary (Wayback archive 2022 version) |